IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-632-FDW-DSC

| | |
|---|---|
| UNITED STATES *ex rel.* OSCAR REYES-ORTIZ, bringing this action on behalf of the UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>VRG COMPONENTS INC, RUBEN SALAZAR GUTIERREZ individually and VARENA MARTIN individually,<br><br>Defendants. | UNDER SEAL<br><br>ORDER |

The United States of America (the "Government"), having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

**IT IS ORDERED** that:

1. The Complaint, the Government's Notice of Election to Decline Intervention, the Motion to Unseal Complaint, and this Order be unsealed;

2. If Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f), Relator shall serve the Complaint on Defendants within ninety days of this Order, however, the United States has specifically reserved its right to seek the dismissal of the above-captioned action or claims if and when appropriate;

3. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for the Complaint, this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and shall be entitled to intervene in this action for good cause at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and that

8. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED**.

Signed: March 26, 2020

*David S. Cayer*
United States Magistrate Judge